# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BHAVESH KANTILAL PATEL,          )
9401 Jefferson Davis Highway     )
Richmond, VA 23237               )
                                 )
KIRPA BHAVESH PATEL              )
9401 Jefferson Davis Highway     )
Richmond, VA 23237               )
                                 )
                    Plaintiffs,  )
                                 )
        v.                       )
                                 )
EMILIO T. GONZALEZ, Director of  )
the United States Citizenship and )
Immigration Services             )
20 Massachusetts Avenue, N.W.    )     COMPLAINT FOR DECLARATORY
Washington, DC 20529             )     RELIEF IN THE NATURE OF
                                 )     MANDAMUS
ROBERT S. MUELLER, III, Director )
of the Federal Bureau of Investigation )
J. Edgar Hoover Building         )
935 Pennsylvania Avenue, N.W.    )
Washington, DC 20535             )
                                 )
MICHAEL CHERTOFF, Secretary      )
U.S. Department of Homeland      )
Security                         )
425 Murray Drive, Building 410   )
Washington, DC 20528             )
                                 )
                    Defendants.  )

Plaintiffs, by and through their undersigned counsel, sue the Defendants and allege as

follows:

–1–

1
2
## **INTRODUCTION**

3
4    1.    This is an action for declaratory relief in the nature of mandamus, to

5  compel the Defendants to act on Plaintiffs' applications for permanent resident status

6
7  (Form I-485) filed with the Defendants.   Plaintiffs' applications were filed on

8  September 28, 2002, and have now been pending for over five (5) years.   These

9  applications are within the jurisdiction of the Defendants, who have failed to adjudicate

10
11  them to Plaintiffs' detriment.

12
## **JURISDICTION**

13
14    2.    This Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1331

15  (federal question jurisdiction) as a civil action arising under the Constitution of the

16
17  United States and the Immigration and Nationality Act (INA) codified at 8 U.S.C. §

18  1101 et seq.; and under 5 U.S.C. §§ 555, 701 et. seq. (Administrative Procedure Act or

19
20  APA) as an action to compel agency action unlawfully withheld or unreasonably

21  delayed; and pursuant 28 U.S.C. § 1361 (mandamus statute) as an action to compel an

22  officer or employee of the United States to perform a duty owed to the Plaintiffs.

23
24
25
26
27
28                                    –2–

## EXHAUSTION OF REMEDIES

3.     There are no administrative remedies available to address Defendants' failure to adjudicate the Plaintiffs' pending I-485 applications.  Plaintiffs have made numerous written, telephonic and in-person inquiries on the status of their pending applications to no avail.  No administrative remedies are available to address the Defendants' failure to complete the required security checks and adjudicate the Plaintiffs' applications.

## VENUE

4.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e), as amended, which provides that in a civil action in which each Defendant is an officer or employee of the United States acting in his official capacity, or any agency of the United States, the action may be brought in any judicial district in which a Defendant in the action resides or where a substantial portion of the events or omissions giving rise to Plaintiffs' claims occurred.  Venue is proper in this Court under 28 U.S.C. §1391(e) because this is a civil action in which Emilio T. Gonzalez, Robert S. Mueller III and Michael Chertoff are officers of the United States acting in their official capacities within this judicial district.  Additionally, substantial portions of the events and omissions giving rise to Plaintiffs' claims

occurred within this judicial district as the USCIS and FBI policy regarding security checks for immigration applications originates from the agencies' headquarters located in Washington D.C.

## PLAINTIFFS

5.      Plaintiff, Mr. Bhavesh Kantilal Patel, is a native of India and a citizen of Canada.  He currently resides in Richmond, Virginia, and is employed as a hotel manager.  His application for permanent residence is based on an approved immigrant visa petition filed by his employer.

6.      Plaintiff, Mrs. Kirpa Bhavesh Patel is a native and citizen of India.  She resides in Richmond, Virginia with her husband and cares for their two young children.  She has applied for permanent residence as a derivative of her husband's application.

## DEFENDANTS

7.      Defendant Emilio T. Gonzalez is the Director of the USCIS, an agency of the United States government.   As USCIS Director, Mr. Gonzalez has primary responsibility for the implementation of the immigration laws, and in particular the

–4–

processing of applications for lawful permanent resident status.  Mr. Gonzalez is sued in his official capacity.

8.    Defendant Robert S. Mueller, III is the Director of the FBI.  The FBI conducts certain background investigation duties in connection with immigration petitions and applications, including I-485 applications for lawful permanent resident status.  In his capacity as Director, Mr. Mueller is responsible for the processing of all name and background checks in connection with Plaintiffs' applications filed with the USCIS.  Mr. Mueller is sued in his official capacity.

9.    Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security (DHS).  In his capacity as Director, Mr. Chertoff is charged with the administration and enforcement of the Immigration and Nationality Act.

## FACTUAL ALLEGATIONS

10.    Mr. and Mrs. Patel lawfully entered the United States as visitors in 1998. In April of 2001 Mr. Patel's current employer, OHM Shivani, Inc. t/a Madison Motel, filed an application for labor certification with the U.S. Department of Labor.  For certain occupations, the labor certification application is the first step in the process of attaining permanent residence based on employment.  During the

labor certification process, the Department of Labor verifies that there are no qualified U.S. workers for the position, and that the employment of the non-citizen will not adversely affect the wages and working conditions of U.S. workers. *See* 8 U.S.C. § 1182(a)(5)(A); *See also* 20 C.F.R. § 656.1.   On May 15, 2002, the Department of Labor approved the labor certification application filed on behalf of Mr. Patel.  (See Exhibit 1, Final Determination from U.S. Department of Labor).

11.    OHM Shivani, Inc. thereafter filed a petition for alien worker (Form I-140) with the USCIS' Vermont Service Center on June 3, 2002.  On or about August 20, 2003 the USCIS approved the I-140 petition pursuant to INA § 203(b)(3)(A), which allocates immigrant visas for skilled workers or professionals.   INA § 203(b)(3)(A); 8 U.S.C. § 1153(b)(3)(A).  (See Exhibit 2, I-140 Receipt Notice, and USCIS Case Status Indicating Approval).

12.    Mr. and Mrs. Patel filed applications for permanent resident status with the USCIS Vermont Service Center on September 28, 2002.  In May of 2004, their applications were transferred to the USCIS office located in Norfolk, Virginia.  Mr. and Mrs. Patel appeared as scheduled for an interview in connection with their applications at the USCIS office in Norfolk on October 28, 2004.  Their applications were not adjudicated the day of the interview.  (See Exhibit 3, I-485 Receipt Notices and Transfer Notices.  See also Exhibit 4, Interview Notice).

13.    Since the interview in connection with their I-485 applications, Mr. and Mrs. Patel have made numerous in-person, telephonic and written inquiries with the USCIS regarding the status of his petition.  In June of 2005, Mr. Patel contacted the office of Senator John Warner to request information regarding his pending application.  In a letter dated June 24, 2005, Senator Warner's office wrote to Mr. Patel stating, "The U.S. Citizenship and Immigration Services has contacted my office with the status of your I-485 application.  The I-485 application is pending background security checks."  (See Exhibit 5, June 2005 Letter from Senator Warner).

14.    On April 14, 2006, in response to an inquiry the USCIS Norfolk office sent a written notice to prior counsel indicating that "to date, you (sic) client's security checks have not cleared."  (See Exhibit 6, April 2006 Letter from USCIS).

15.    In response to a further inquiry, the USCIS sent a letter dated June 20, 2007, stating that Mrs. Patel's application is being held pending the completion of her husband's security checks.  The letter explains that, "although your FBI name check has cleared, you filed your I-485 under a derivative status from your spouse and your case cannot be adjudicated until the primary immigrant visa applicant's case is adjudicated."   In a separate letter to Mr. Patel also dated June 20, 2007, the

USCIS stated that "the processing of your case has been delayed. A check of our records establishes that your case is not yet ready for a decision, as the required investigation into your background remains open." (See Exhibit 7, June 2007 Letters from USCIS).

16. Mr. and Mrs. Patel's I-485 applications have now been pending for over five (5) years. The USCIS on-line processing times for the Norfolk office indicate that I-485 applications are currently being adjudicated within six (6) months from filing.[1] The on-line processing times for the Vermont Service Center where Plaintiffs' applications were initially filed states that it is processing employment-based I-485 applications filed in June 2006.[2]

## CLAIMS FOR RELIEF

### Count One – Mandamus Action, 28 U.S.C. § 1361

17. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 16 above as though fully set forth herein.

---

1 See, https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=49 (accessed December 20, 2007)
2 See, https://egov.uscis.gov/cris/jsps/Processtimes.jsp?SeviceCenter=VSC (accessed December 20, 2007)

18. The Plaintiffs have a claim for mandamus relief under 28 U.S.C. § 1361, which provides the authority to compel Defendants to perform a duty owed to Plaintiffs.

19. Mr. Patel is the beneficiary of an approved I-140 immigrant visa petition filed by his employer. As his wife Mrs. Patel is a derivative beneficiary of this visa petition. Immigrant visas are immediately available to Mr. and Mrs. Patel. Thus, pursuant to 8 U.S.C. § 1255(a) they are each eligible for adjustment of status to lawful permanent resident.

20. Mr. and Mrs. Patel properly filed I-485 applications with the USCIS on September 28, 2002. To date, the Defendants have failed to adjudicate Plaintiffs' I-485 applications.

21. The Defendants' owe a duty under the Immigration and Nationality Act and under the regulations to adjudicate Mr. and Mrs. Patel's I-485 applications. See, 8 U.S.C. § 1103 ("The Secretary of Homeland Security shall be charged with the administration and enforcement of this Act and all other laws relating tot eh immigration and naturalization of aliens"); 8 C.F.R. § 245.6 ("Each applicant for adjustment of status...shall be interviewed by an immigration officer"); 8 C.F.R. §

245.2(A)(5)(i) ("…the applicant shall be notified of the decision of the director, and if the application is denied, the reasons for the denial").

22.    The Defendants' failure to perform their statutory and regulatory duties is causing significant harm to the Patel family.  For instance, Plaintiffs must incur the additional costs of having to renew their employment authorization documents on a yearly basis.  8 C.F.R. § 274a(12)(c)(9).  The USCIS filing fee for employment authorization applications was recently raised from $170, to $340 per application.

23.    Defendants' failure to perform their statutory and regulatory duties is causing Mr. and Mrs. Patel a great deal of distress and anxiety, due to their inability to make long term plans for their family and the uncertainty of their immigration situation.

24.    Defendants' failure to perform their statutory and regulatory duties is also delaying the Plaintiffs' ability to apply for citizenship, and delaying their ability to exercise the benefits of citizenship, including the ability to vote, obtain federal jobs, and sponsor other family members for immigration.

**Count Two – Administrative Procedures Act, 5 U.S.C. §§ 555 (b), 701 et seq.**

25.    The Plaintiffs re-allege and incorporate by reference paragraphs 1 through 24 above as though fully set forth herein.

26.     The Defendants' failure to process and complete adjudication of Mr. and Mrs. Patel's I-485 applications is in violation of the Administrative Procedures Act. The Defendants are unlawfully withholding and unreasonably delaying final adjudication of these applications, and have failed to carry out the adjudicative functions delegated to them. Defendants' actions are arbitrary and capricious, and not in accordance with law.

### Count Three – Equal Access to Justice Act

27.     Plaintiffs re-allege and incorporate by reference paragraphs 1 through 26 above as though fully set forth herein.

28.     If they prevail, Plaintiffs will seek attorney's fees and costs under the Equal Access to Justice Act (EAJA), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412.

//

//

//

//

## **PRAYER**

**WHEREFORE**, Plaintiffs request the Court to grant the following relief:

(1) Accept and maintain continuing jurisdiction of this action.

(2) Order the Defendants to complete any pending security checks and adjudicate Plaintiff's pending I-485 applications within thirty (30) days of this Court's order.

(3) Award Plaintiffs' the costs of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act.

(4) Provide such relief as the Court may deem proper and appropriate.

Respectfully submitted this 25 day of January 2008,

BHAVESH KANTILAL PATEL

KIRPA BHAVESH PATEL

*By counsel,*

Thomas K. Ragland
DC Bar Number: 501021
MAGGIO & KATTAR
11 Dupont Circle, NW, Ste. 775
Washington, D.C. 20036
Telephone: (202) 483-0053
Fax: (202) 483-6801

Counsel for Plaintiffs

<u>VERIFICATION</u>

I, BHAVESH KANTILAL PATEL, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for Declaratory Relief in the Nature of Mandamus upon information and belief.

Dated:     _jan 10 2008_____

Place:     <u>Richmond, VA</u>


_____
BHAVESH  KANTILAL PATEL

<u>VERIFICATION</u>

I, KIRPA BHAVESH PATEL, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Complaint for

Declaratory Relief in the Nature of Mandamus upon information and belief.

Dated:      _jan 10 2008_____

Place:      <u>Richmond, VA</u>

_K. B. Patel._____
KIRPA BHAVESH PATEL

**U.S. DEPARTMENT OF LABOR**
EMPLOYMENT AND TRAINING ADMINISTRATION
The Curtis Center
170 S. Independence Mall West
Suite 825 East
Philadelphia, Pennsylvania 19106-3315

**FINAL DETERMINATION**

P2002-VA-03374753

In reply refer to:  MTD

May 15, 2002

Bhavesh PATEL
Alien's name

Manager, Hotel Or Motel
Alien's Occupation

OHM Shivani, Inc. t/a Madison Motel
Mark Mancini
c/o Wasserman Mancini & Chang PC
1915 Eye Street NW  Suite 400
Washington, DC  20006

April 27, 2001
Date of acceptance for processing

The Department of Labor has made a determination on your Application for Employment Certification pursuant to Title 20, Code of Federal Regulations, Part 656 and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 **has been certified** and is enclosed. This certification must be attached to the I-140 petition and filed with the Immigration and Naturalization Service, U.S. Department of Justice, Eastern Service Center, 75 Lower Welden Street, St. Albans, Vermont 05479-0001.

Sincerely,

Richard E. Panati
Certifying Officer

cc:    State ES Agency - Virginia
       OHM Shivani, Inc. t/a Madison Motel
       Bhavesh PATEL

Attachments: ETA 750A, ETA 750B

EXHIBIT 1 - FINAL DETERMINATION
FROM U.S. DEPT. OF LABOR

ETA 7145PA(REV.MAR.,1990)

**Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-207-53028 | **CASE TYPE** I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIVED DATE**<br>June 3, 2002 | **PRIORITY DATE** | **PETITIONER**<br>OHM SHIVANI TA MADISON MOTEL |
| **NOTICE DATE**<br>June 4, 2002 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>PATEL, BHAVESH K. |

MARK A. MANCINI ESQ
WASSERMAN, MANCINI & CHANG P C
1915 EYE STREET NW STE 400
WASHINGTON DC 20006

**Notice Type:** Receipt Notice

Amount received: $ 135.00
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above application or petition has been received. It usually takes 80 to 110 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



EXHIBIT 2 - I-140 RECEIPT

# Case Status Search

Receipt Number:   eac0220753028

Application Type:   I140, IMMIGRANT PETITION FOR ALIEN WORKER

Current Status:
Approval notice sent.

On August 21, 2003, we mailed you a notice that we have approved this I140 IMMIGRANT PETITION FOR ALIEN WORKER. Please follow any instructions on the notice. If you move before you receive the notice, call customer service.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

Exhibit 2 - USCIS CASE STATUS

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-03-010-50654 | **CASE TYPE** 1485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| **RECEIVED DATE**<br>September 28, 2002 | **PRIORITY DATE** | **APPLICANT** A95 854 436<br>PATEL, BHAVESH K. |
| **NOTICE DATE**<br>October 10, 2002 | **PAGE**<br>1 of 1 | |

MARK A. MANCINI ESQ
WASSERMAN MANCINI & CHANG PC
1915 EYE STREET NW SUITE 400
WASHINGTON DC 20006

**Notice Type:**  Receipt Notice

Amount received: $ 1305.00
Section: Adjustment as direct
        beneficiary of immigrant
        petition

The above application or petition has been received. It usually takes 365 to 545 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (top, 527-4913) to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

## EXHIBIT 3 - I-485 RECEIPT NOTICE (BHAVESH PATEL)

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

Immigration and Naturalization Service **Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-03-010-50673 | | CASE TYPE 1485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| --- | --- | --- |
| RECEIVED DATE September 28, 2002 | PRIORITY DATE | APPLICANT A95 854 427 PATEL, KIRPA B. |
| NOTICE DATE October 10, 2002 | PAGE 1 of 1 | |

MARK A. MANCINI ESQ
WASSERMAN MANCINI & CHANG PC
1915 EYE STREET NW SUITE 400
WASHINGTON DC 20006

Notice Type:  Receipt Notice

Amount received: $ 1305.00

Section: Derivative adjustment

The above application or petition has been received.  It usually takes 365 to 500 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number on this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call the TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

EXHIBIT 3- I-485 RECEIPT
NOTICE (KIRPA PATEL)

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
| --- | --- | --- | --- |
| EAC 03-010-50654 | | | RESIDENT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT    A95 854 436 |
| --- | --- | --- |
| October 10, 2002 | | PATEL, BHAVESH K. |

| NOTICE DATE | PAGE |
| --- | --- |
| May 4, 2004 | 1 of 1 |

MARK A. MANCINI ESQ
WASSERMAN MANCINI & CHANG PC
1915 EYE STREET NW SUITE 400
WASHINGTON DC 20006

Notice Type:  Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Norfolk Commerce Park, 5280 Henneman Drive, Norfolk, VA 23513

    Telephone. (804) 441-3081

That office will notify you when they schedule an interview on the application or petition.  Any further inquiries should be made to that office.

EXHIBIT 3 - TRANSFER
NOTICE (BHAVESH PATEL)

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-03-010-50673 | | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE October 10, 2002 | PRIORITY DATE | APPLICANT  A95 854 427 PATEL, KIRPA B. |
| NOTICE DATE May 4, 2004 | PAGE 1 of 1 | |

MARK A. MANCINI ESQ
WASSERMAN MANCINI & CHANG PC
1915 EYE STREET NW SUITE 400
WASHINGTON DC 20006

Notice Type:  Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Norfolk Commerce Park, 5280 Henneman Drive, Norfolk, VA 23513

    Telephone: (804) 441-3081

That office will notify you when they schedule an interview on the application or petition.  Any further inquiries should be made to that office.

EXHIBIT 3 - TRANSFER
NOTICE (KIRPA PATEL)

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



U.S. DEPARTMENT OF HOMELAND SECURITY
BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
5280 HENNEMAN DRIVE
NORFOLK, VA 23513



File Number: A95854436
Date: July 22, 2004

Bhavesh Kantilal  PATEL
9401 JEFFERSON DAVIS HWY
RICHMOND, VA  23237

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:          Norfolk Sub-Office
                          5280 Henneman Drive
                          Norfolk, VA 23513

DATE AND TIME:            10/28/04
                          07:45 AM

OFFICER:                  C
                          District Adjudications Officer

REASON FOR APPOINTMENT:   Application for Adjustment of Status Interview

**THIS INTERVIEW WILL BE VIDEOTAPED.**
**PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.**

X     THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

      MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

X     FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS WITH W-2'S.

X     A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF
      PAY AND HOURS PER WEEK.

X     CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

X     YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE
      PHOTOS).

X     If possible, bring the following to your interview: Letter of employment from your current employer.

**YOU MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION!**
**THE OFFICER WILL NOT COPY ANY DOCUMENTS!**

Cc: MARK A. MANCINI, ESQ.      EXHIBIT ⍺ - INTERVIEW
                               NOTICE (BHAVESH PATEL)

U.S. DEPARTMENT OF HOMELAND SECURITY
BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
5280 HENNEMAN DRIVE
NORFOLK, VA 23513



File Number: A95854427
Date: July 22, 2004

Kirpa Bavesh PATEL
9401 JEFFERSON DAVIS HWY
RICHMOND, VA 23237

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION: | Norfolk Sub-Office |
| | 5280 Henneman Drive |
| | Norfolk, VA 23513 |

| DATE AND TIME: | 10/28/04 |
| | 08:15 AM |

| OFFICER: | C |
| | District Adjudications Officer |

REASON FOR APPOINTMENT:    Application for Adjustment of Status Interview

**THIS INTERVIEW WILL BE VIDEOTAPED.**
<u>PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.</u>

X       THIS LETTER, YOUR PASSPORT, AND YOUR I-94 (ARRIVAL/DEPARTURE FORM), IF ANY.

        MEDICAL EXAM RESULTS, FORM I-693. APPEAR EVEN IF NOT COMPLETED.

X       FEDERAL INCOME TAX RETURNS FOR THE PREVIOUS THREE YEARS WITH W-2'S.

X       A CURRENT LETTER OF EMPLOYMENT FOR YOU AND/OR YOUR SPOUSE SHOWING RATE OF PAY AND HOURS PER WEEK.

X       CERTIFIED COPY OF THE COURT DISPOSITIONS OF ALL ARRESTS, IF APPLICABLE.

X       YOUR SPOUSE AND EVIDENCE OF A COMMON RESIDENCE AND SHARED LIFE (INCLUDE PHOTOS).

X

**YOU MUST BRING THE ORIGINAL AND ONE CLEAR COPY OF ALL DOCUMENTS SUBMITTING FOR EXAMINATION!
THE OFFICER <u>WILL NOT</u> COPY ANY DOCUMENTS!**

Cc: MARK A. MANCINI, ESQ.

EXHIBIT 4 - INTERVIEW
NOTICE (KIRPA PATEL)

JOHN WARNER
VIRGINIA

COMMITTEES:
ARMED SERVICES, CHAIRMAN
ENVIRONMENT AND PUBLIC WORKS
SELECT COMMITTEE ON INTELLIGENCE
HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS

# United States Senate

225 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-4601
(202) 224-2023
http://warner.senate.gov

CONSTITUENT SERVICE OFFICES

4400 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510-1690
(757) 441-3079

235 FEDERAL BUILDING
P.O. BOX 887
ABINGDON, VA 24212-0887
(276) 628-8158

9321 COMMONWEALTH CENTRE
PARKWAY
MIDLOTHIAN, VA 23112
(804) 739-0247

1003 FIRST UNION BANK BUILDING
213 SOUTH JEFFERSON STREET
ROANOKE, VA 24011-1714
(540) 767-2076

June 24, 2005

Mr. Bhanesh K. Patel
9401 Jefferson Davis Hwy.
Richmond, Virginia 23237-4625

Dear Mr. Patel:

The U. S. Citizenship and Immigration Services has contacted my office with the status of your I-485 application

The I-485 application is pending background security checks.

I hope that the information provided is responsive to your specific concerns.

With kind regards, I am

Sincerely,

John Warner

John Warner

JW/mje

**EXHIBIT 5 - JUNE 2005 LETTER FROM SENATOR WARNER**



**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services
5280 Henneman Drive
Norfolk, VA 23513

NAME AND ADDRESS OF APPLICANT/PETITIONER

Mr. Mark A. Mancini
Wasserman, Mancini & Chang
1915 I Street, N.W., Suite 400
Washington, DC 20006

Re: PATEL Bhavosh Kantilal
    PATEL, Kirpa Bhavesh

NAME OF BENEFICIARY

DATE
4-14-06

FILE NO
A95 854 436; A95 854 427

FORM No
I-485

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS.

☐ 1. The above application/petition and its supporting documents are attached

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☒ in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked ☒ in red.

☐ 5. Furnish the required fee of $_____.

☐ 6. Furnish the birth or baptismal certificate of _____

☐ 7. Furnish the marriage certificate of _____.

☒ 8. Furnish proof of death or legal termination of marriage of _____.

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States, and the name of the ship, plane (including flight number), or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☐ 13. Furnish two (2) color photographs. These photos must have a white background, must be glossy, unretouched, and not mounted. Dimension of the facial image should be about one (1) inch from chin to top of hair or head, shown in ¾ frontal view of right side of face, with right ear visible. Using soft pencil or felt pen, print alien registration receipt number (if known) and name on back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the persons listed below.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until _____ to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

☐ 17. You are granted additional time until _____ to request a hearing before an Immigration Judge, or to present evidence in rebuttal to the proposed rescission of lawful permanent resident status.

☒ 18. **To date, you client's security checks have not cleared.**

☒ 19. You have until _____ to submit the requested documents or your application will be denied.

SINCERELY,

PHYLLIS A. HOWARD
INTERIM DISTRICT DIRECTOR OF SERVICES

Copy Mailed to Attorney or Representative:

FORM I-72
(REV 1-2-03)

PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE

EXHIBIT 6 - APRIL 2006 LETTER
FROM USCIS

Department of Homeland Security
5280 Henneman Drive
Norfolk, Virginia 23513



**U.S. Citizenship
and Immigration
Services**

June 20, 2007

Bhavesh K. Patel c/o
Mark A. Mancini, Esq.
1915 I Street NW, Suite 400
Washington, DC 20006

A 095854436

Dear Mr. Patel,

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number.

Sincerely,

Tony R. Bryson
Tony R. Bryson
Field Office Director

TRB/jes

EXHIBIT 7 - JUNE 2007
LETTER FROM USCIS

U.S. Department of Homeland Security
5280 Henneman Drive
Norfolk, Virginia 23513



U.S. Citizenship
and Immigration
Services

June 20, 2007

Kirpa B. Patel c/o
Mark A. Mancini, Esq
1915 I Street NW, Suite 400
Washington, DC 20006

A 095854427

Dear Mrs. Patel,

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your husband's background remains open. Although your FBI name check has cleared, you filed your I-485 under a derivative status from your spouse and your case cannot be adjudicated until the primary immigrant visa applicant's case is adjudicated.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number.

Sincerely,

Tony R. Bryson
Field Office Director

TRB/jes

EXHIBIT 7 – JUNE 2007
LETTER FROM USCIS

**I (a) PLAINTIFFS**

BHAVESH KANTILAL PATEL; KIRPA BHAVESH PATEL

**DEFENDANTS**

EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary U.S. Department of Homeland Security

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____88888_____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, NW Suite 775
Washington, D.C. 20036
202-483-0053

ATTORNEYS (IF KNOWN)

United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-7566

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**

☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**◉ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **I** *Employment Discrimination* | ○ **I.** *FOIA/PI ACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting & Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **441** Voting (if not Voting Rights Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights<br>☐ **445** American w/Disabilities-Employment<br>☐ **446** Americans w/Disabilities-Other | ☐ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment & Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196** Franchise | ☐ **441** Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○● **1** Original Proceeding ○ **2** Removed from State Court ○ **3** Remanded from Appellate Court ○ **4** Reinstated or Reopened ○ **5** Transferred from another district (specify) ○ **6** Multi district Litigation ○ **7** Appeal to District Court from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC Section 1361 (Mandamus), 5 USC 701 et seq. (Administrative Procedures Act), FAILURE TO PERFORM A DUTY OWED TO PLAINTIFFS

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** [_____] | Check YES only if demanded in compla
| | JURY DEMAND: | YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 4/25/08    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.