# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAVESH KANTILAL PATEL,<br>KIRPA BHAVESH PATEL,<br><br>   Plaintiffs,<br><br>  v.<br><br>EMILIO T. GONZALEZ, Director, United<br>States Citizenship and Immigration Services, <u>et al.</u>,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:08CV0180 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

  The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: April 10, 2008        Respectfully submitted,

                /s/ Robin M. Meriweather
              ROBIN M. MERIWEATHER, D.C. Bar. # 490114
              Assistant United States Attorney
              555 Fourth St., N.W.
              Washington, D.C.  20530
              Phone: (202) 514-7198   Fax: (202) 514-8780
              Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2008 I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114