UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BHAVESH KANTILAL PATEL, <br> KIRPA BHAVESH PATEL, <br><br> Plaintiffs, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, et al., <br><br> Defendants. | Case Number: 1:08CV0180 (RBW) |

STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

_____
ANDRES BENACH
THOMAS RAGLAND
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

_____
AMY C. PROKOP
LAW OFFICES OF CARL SHUSTERMAN
600 Wilshire Boulevard Suite 1550
Los Angeles, CA 90017
Phone: (213) 623-4592
Fax: (213) 623-3720

*Counsel for Plaintiffs*

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*